IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | FILED: JULY 24, 2008<br>08CV4210 |
| Plaintiff, | ) ) | JUDGE BUCKLO<br>MAGISTRATE JUDGE BROWN |
| v. | ) ) | CASE NO.  EDA |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

To:   Veronica L. Spicer
      100 West Randolph
      12th Floor
      Chicago, Illinois  60601

　　　PLEASE TAKE NOTICE THAT on July 24, 2008, counsel for Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo caused to be filed with the Clerk of the United States District Court, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo's Appearance and Notice of Removal, a true and correct copy of which is attached hereto and is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  July 24, 2008
　　　　　　　　　　　　　　　　　　　　　　s/ Tryone C. Fahner_____
　　　　　　　　　　　　　　　　　　　　　　Tyrone C. Fahner
　　　　　　　　　　　　　　　　　　　　　　MAYER, BROWN, ROWE & MAW LLP
　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-4637
　　　　　　　　　　　　　　　　　　　　　　(312) 782-0600 (telephone)
　　　　　　　　　　　　　　　　　　　　　　(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## Certificate of Service

I, Tyrone C. Fahner, an attorney, hereby certify that I caused a true and correct copy of the foregoing Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo's Appearance, Notice of Removal and Notice of Filing to be served first-class mail, postage prepaid upon the following on July 24, 2008:

Veronica L. Spicer
100 West Randolph
12th Floor
Chicago, Illinois 60601

s/Tyrone C. Fahner
Tyrone C. Fahner