IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  CASE NO. 08 CV 4210<br>) |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' DISCLOSURE STATEMENT

Defendant Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Defendant Countrywide Financial Corporation, which is an indirect, wholly-owned subsidiary of Bank of America Corporation, a publicly traded company. Countrywide LP, LLC and Countrywide GP, LLC are the partners of Countrywide Home Loans Servicing LP.

Respectfully submitted,

Dated: July 25, 2008

s/ Tyrone C. Fahner
Tyrone C. Fahner
David K. Cole, III
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## Certificate of Service

  I, Tyrone C. Fahner, an attorney, hereby certify that on July 25, 2008, I caused a copy of the foregoing Defendants' Disclosure Statement to be served via United States Mail, first class postage prepaid, upon the following:

  Veronica L. Spicer
  Assistant Attorney General
  Office of the Illinois Attorney General
  100 West Randolph
  12th Floor
  Chicago, IL  60601

            s/Tyrone C. Fahner
            Tyrone C. Fahner