IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 08 CV 4210 |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, ) ) ) ) ) ) ) ) | Judge Elaine E. Bucklo |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo ("Defendants"), through their counsel, hereby move this Court to extend the time for them to answer or otherwise plead to September 8, 2008. In support of this motion, defendants state as follows:

1.  On July 24, 2008, this case was removed to this Court from the circuit court of Cook County.

2.  Pending approval by this Court, the parties have agreed that the defendants shall have until September 8, 2008 to answer or otherwise plead.

3.  This extension of time is not sought for purposes of delay, but to facilitate additional investigation so that the defendants can determine the appropriate responsive pleading to the file in this matter.

WHEREFORE, for the foregoing reasons, defendants hereby respectfully urges this Court to grant their Agreed Motion to Extend the Time to Answer or Otherwise Plead.

                Respectfully submitted,

Dated:  July 29, 2008

s/ Tyrone C. Fahner
Tyrone C. Fahner
David K. Cole, III
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## CERTIFICATE OF SERVICE

I, Tyrone C. Fahner, an attorney, hereby certify that on July 29, 2008, I caused a copy of the foregoing Notice of Agreed Motion and Agreed Motion for Extension of Time to Answer or Otherwise Plead to be served via United States Mail, first class postage prepaid, upon the following:

> Veronica L. Spicer
> Assistant Attorney General
> Office of the Illinois Attorney General
> 100 West Randolph
> 12th Floor
> Chicago, IL  60601

                                                        s/Tyrone C. Fahner
                                                        Tyrone C. Fahner