# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, ) ) ) Plaintiff, ) ) v. ) ) COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, ) ) ) ) ) ) ) ) Defendants. ) | Case No. 08 CV 4210<br><br>Judge Elaine E. Bucklo |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on Monday, August 4, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, at 219 South Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by her and then and there present the Agreed Motion to Extend Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

Countrywide Financial Corporation, et al.

Date:  July 29, 2008                    By:  s/ Tyrone C. Fahner
                                                     One of its Attorneys

Tyrone C. Fahner
David K. Cole, III
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## CERTIFICATE OF SERVICE

I, Tyrone C. Fahner, an attorney, hereby certify that on July 29, 2008, I caused a copy of the foregoing Notice of Agreed Motion and Agreed Motion for Extension of Time to Answer or Otherwise Plead to be served via United States Mail, first class postage prepaid, upon the following:

> Veronica L. Spicer
> Assistant Attorney General
> Office of the Illinois Attorney General
> 100 West Randolph
> 12th Floor
> Chicago, IL  60601

                                                    s/Tyrone C. Fahner
                                                    Tyrone C. Fahner