**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

People of the State of Illinois, The
                                  Plaintiff,

v.                                                               Case No.: 1:08−cv−04210
                                                              Honorable Elaine E. Bucklo

Countrywide Financial Corporation, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendants' agreed motion for extension of time until 9/8/08 to answer [8] or otherwise plead heard on 8/4/08 and the motion is granted. Status hearing set for 9/10/2008 at 09:30 AM. at which time plaintiff to advise the court whether this case is properly removed to this court.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.