IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08CV4210 |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, | ) ) ) ) ) ) ) ) | **Judge Elaine E. Bucklo** |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF FILING

To: Veronica L. Spicer
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60625

PLEASE TAKE NOTICE THAT on Thursday, August 14, 2008 Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing LP, and Angelo Mozilo ("Defendants") caused to be filed with the Clerk of the District Court Defendants' Amended Notice of Removal.

- 2 -

                Respectfully submitted,

Dated: August 14, 2008

        /s/ Tyrone C. Fahner
Tyrone C. Fahner
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2008, he caused a copy of the foregoing Defendants' Amended Notice of Removal to be served on counsel of record for Plaintiff, pursuant to Electronic Case Filing.

/s/ Andrew J. Schaefer
_____

5219533.1

- 23 -