IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08CV4210 |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, | ) ) ) ) ) ) ) ) | Judge Elaine E. Bucklo |
| Defendants. | ) ) | |

### DEFENDANTS' NOTICE OF MOTION

To: Veronica L. Spicer
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60625

PLEASE TAKE NOTICE THAT on Thursday, August 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, in Courtroom 1441 at 219 South Dearborn, Chicago, Illinois, 60603, and then and there present Defendants' Motion to Stay Pending Resolution of Motion Before Judicial Panel on Multidistrict Litigation to Transfer and Coordinate or Consolidate This and Related Cases, a copy of which is hereby served upon you.

- 2 -

Respectfully submitted,

Dated: August 14, 2008

\_\_/s/ Tyrone C. Fahner\_\_
Tyrone C. Fahner
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

DC1:753088.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2008, he caused a copy of the foregoing Notice of Motion, together with Defendants' Motion to Stay, to be served on counsel of record for Plaintiff, pursuant to Electronic Case Filing.

/s/ Andrew J. Schaefer
_____