IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| The PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING, LP, and ANGELO MOZILO,<br><br>Defendants. | Case No. 08 C 04210<br><br>Judge Elaine E. Bucklo |

## **PLAINTIFF'S MOTION TO REMAND**

The Plaintiff, PEOPLE OF THE STATE OF ILLINOIS, by Lisa Madigan, Attorney General of Illinois, hereby responds to Defendant's Notice of Removal pursuant to 28 U.S.C. §§1331, 1334, 1367, 1441, 1442, 1446 and 1452, with this Motion to Remand pursuant to 28 U.S.C. §§1447, 1452(b) and 1334(c). In support thereof, Plaintiff states as follows:

1. The People of the State of Illinois, through Attorney General Lisa Madigan, properly brought suit against Defendants for violation of the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/1 *et seq.*, and the Illinois Fairness in Lending Act, 815 ILCS 120/1 *et seq.*, in the County Department, Chancery Division, of the Circuit Court of Cook County, Illinois.

2. Defendants removed Plaintiff's cause of action based on (1) federal question jurisdiction, (2) federal officer removal, and (3) bankruptcy jurisdiction.

3.   There is no federal jurisdiction over Plaintiff's cause of action under any of the theories cited by Defendants, and removal was improper.

4.   Plaintiff incorporates herein by reference its Memorandum of Law in Support of Motion to Remand.

WHEREFORE, for the reasons stated in its Memorandum of Law in Support of Motion to Remand, the Plaintiff requests that this Court remand its cause of action to the Circuit Court of Cook County, Illinois and grant such other relief as this Court deems appropriate.

Dated:  August 20, 2008                    Respectfully submitted,

LISA MADIGAN, IN HER OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
ILLINOIS,

/s/ Veronica L. Spicer
_____
VERONICA L. SPICER
Assistant Attorney General

LISA MADIGAN
Attorney General of Illinois

DEBORAH HAGAN, Chief
Consumer Protection Division

JAMES D. KOLE, Chief
Consumer Fraud Bureau

CECILIA ABUNDIS
SUSAN N. ELLIS
JENNIFER FRANKLIN
THOMAS JAMES
SHANTANU SINGH
VERONICA L. SPICER
Assistant Attorneys General
Telephone: 312-814-3000
100 W. Randolph St., 12th Floor
Chicago, IL 60601