**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| The PEOPLE OF THE STATE OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTRYWIDE FINANCIAL CORPORATION, )<br>COUNTRYWIDE HOME LOANS, INC., FULL )<br>SPECTRUM LENDING, COUNTRYWIDE HOME )<br>LOANS SERVICING, LP, and ANGELO MOZILO, )<br>)<br>Defendants. ) | Case No. 08 C 04210<br><br>Judge Elaine E. Bucklo |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF INSTANTER**

The Plaintiff, PEOPLE OF THE STATE OF ILLINOIS, by Lisa Madigan, Attorney General of Illinois, hereby moves instanter for leave to file an oversize brief in support of its Motion to Remand. In support of this Motion, Plaintiff states as follows:

1. On July 24, 2008, Defendants filed a 10-page Notice of Removal in this action.

2. On August 14, 2008, Defendants filed an Amended Notice of Removal. The Amended Notice is 22 pages long and contains three separate bases for removal to federal court.

3. Although without merit, each of Defendants' basis for removal poses a complex legal issue which Plaintiff was required to sufficiently elucidate and analyze in order to present this Court with a well-reasoned and supported Motion to Remand.

4. Plaintiff made every attempt to stay within the Court's page limit. However, in order to address the numerous legal issued presented by Defendants' Notice of Removal, Plaintiff required an additional eight pages.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court's leave to file an oversized memorandum instanter in support of Plaintiff's Motion to Remand.

| | |
|---|---|
| Dated: August 20, 2008 | Respectfully submitted, |
| | LISA MADIGAN, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF ILLINOIS, |
| | /s/ Veronica L. Spicer<br>_____<br>VERONICA L. SPICER<br>Assistant Attorney General |

LISA MADIGAN
Attorney General of Illinois

DEBORAH HAGAN, Chief
Consumer Protection Division

JAMES D. KOLE, Chief
Consumer Fraud Bureau

CECILIA ABUNDIS
SUSAN N. ELLIS
JENNIFER FRANKLIN
THOMAS JAMES
SHANTANU SINGH
VERONICA L. SPICER
Assistant Attorneys General
Telephone: 312-814-3000
100 W. Randolph St., 12th Floor
Chicago, IL 60601