IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The PEOPLE OF THE STATE OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTRYWIDE FINANCIAL CORPORATION, )<br>COUNTRYWIDE HOME LOANS, INC., FULL )<br>SPECTRUM LENDING, COUNTRYWIDE HOME )<br>LOANS SERVICING, LP, and ANGELO MOZILO, )<br>)<br>Defendants. ) | Case No. 08 C 04210<br><br>Judge Elaine E. Bucklo |

## NOTICE OF MOTION

To:   Tyrone C. Fahner
      Mayer Brown LLP
      71 South Wacker Drive
      Chicago, IL 60606-4637

      PLEASE TAKE NOTICE THAT on Tuesday, August 26, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, in Courtroom 1441 at 219 South Dearborn, Chicago, Illinois 60603, and then and there present Plaintiff's Motion to Remand and Motion for Leave to File Oversize Brief Instanter, copies of which have been served on you in accordance with Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system for e-filers.