## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Notice of Motion, Motion to Remand, Plaintiff's Memorandum in Support of Motion to Remand, and Motion for Leave to File Oversize Brief Instanter were served on August 20, 2008 to the following in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers:

Tyrone C. Fahner
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60610

/s/ Veronica L. Spicer
_____