## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

People of the State of Illinois, The

                       Plaintiff,

v.                                    Case No.: 1:08−cv−04210
                                            Honorable Elaine E. Bucklo

Countrywide Financial Corporation, et al.

                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendants' motion to stay [14] and plaintiff's motion to remand (18) heard and the motions are entered and continued. Plaintiff's motion for leave to file excess pages [20] is granted. Set deadlines/hearing as to motion to remand[18], motion to stay, [14] : Responses due by 9/4/2008. Replies due by 9/15/2008. Target date for ruling by mail set for 9/22/08. Status hearing reset for 9/26/2008 at 10:00 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.