

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: The People of the State of Illinois, Plaintiff, v. Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing LP, and Angelo Mozilo | Case Number: 08 | 08 CV 4210   08cv4210 |
|---|---|---|
| | | Judge Elaine E. Bucklo |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing LP, and Angelo Mozilo

NAME (Type or print)
David K. Cole, III

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

FIRM Mayer Brown LLP

**FILED**
AUG 2 0 2008  NF
Aug 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STREET ADDRESS 71 South Wacker

CITY/STATE/ZIP Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278827 | TELEPHONE NUMBER (312) 701-8773 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL