**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **Case No. 08CV4210** |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, | ) ) ) ) ) ) ) | **Judge Elaine E. Bucklo** |
| Defendants. | ) ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER

Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo ("Defendants"), through their undersigned counsel, hereby respectfully move this Court to enter an agreed order giving Defendants until October 6, 2008 to file their Answer in this case. In support of their motion, Defendants state as follows:

1.     Defendants currently have until September 8, 2008 to Answer the Complaint in this case.

2.     Defendants propose extending this deadline an additional twenty-eight (28) days, or until October 6, 2008. All other dates would remain unchanged.

3.     David K. Cole, III, counsel for Defendants, conferred with Deborah Hagan, counsel for Plaintiff, regarding this motion. Ms. Hagan, on behalf of Plaintiff, agreed to extend the deadline to October 6, 2008.

WHEREFORE, Defendants respectfully request that this Court enter an agreed order giving Defendants until October 6, 2008 to answer the Complaint.

Respectfully submitted,

Dated:  August 29, 2008

   __/s/ Andrew J. Schaefer____
Tyrone C. Fahner
Andrew J. Schaefer
David K. Cole, III
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 29, 2008, he caused a copy of the foregoing Agreed Motion for Extension of Time to Answer, to be served on counsel of record for Plaintiff, pursuant to Electronic Case Filing.

/s/ Andrew J. Schaefer

_____