### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, ) ) ) Plaintiff, ) ) v. ) ) COUNTRYWIDE FINANCIAL ) CORPORATION, COUNTRYWIDE HOME ) LOANS, INC., FULL SPECTRUM ) LENDING, COUNTRYWIDE HOME ) LOANS SERVICING LP, and ANGELO ) MOZILO, ) ) Defendants. ) ) | **Case No. 08CV4210** **Judge Elaine E. Bucklo** |

### NOTICE OF AGREED MOTION

To:   All counsel of record

PLEASE TAKE NOTICE THAT on Thursday, September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, in Courtroom 1441 at 219 South Dearborn, Chicago, Illinois, 60603, and then and there present the Agreed Motion for Extension of Time to Answer, a copy of which is hereby served upon you.

- 2 -

                         Respectfully submitted,

Dated:  August 29, 2008

                        __/s/ Andrew J. Schaefer____
                        Tyrone C. Fahner
                        Andrew J. Schaefer
                        David K. Cole, III
                        MAYER BROWN LLP
                        71 South Wacker Drive
                        Chicago, IL 60606-4637
                        (312) 782-0600 (telephone)
                        (312) 701-7711 (facsimile)

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 29, 2008, he caused a copy of the foregoing Notice of Agreed Motion, together with the Agreed Motion for Extension of Time to Answer, to be served on counsel of record for Plaintiff, pursuant to Electronic Case Filing.

                                                           /s/ Andrew J. Schaefer
                                                   _____