IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, COUNTRYWIDE HOME LOANS SERVICING LP, and ANGELO MOZILO, <br><br> Defendants. | Case No. 08CV4210 <br><br> **Judge Elaine E. Bucklo** |

## NOTICE OF MOTION

To:  All counsel of record

PLEASE TAKE NOTICE THAT on Tuesday, September 9, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, in Courtroom 1441 at 219 South Dearborn, Chicago, Illinois, 60603, and then and there present Defendants' Motion for Leave to File Oversized Brief Instanter, a copy of which is hereby served upon you.

- 2 -

Dated:  September 4, 2008

Respectfully submitted,

  /s/ Andrew J. Schaefer
Tyrone C. Fahner
Andrew J. Schaefer
David K. Cole, III
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)
*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Full Spectrum Lending, Countrywide Home Loans Servicing, LP, and Angelo Mozilo*

OF COUNSEL
John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2008, he caused a copy of the foregoing Notice of Motion and Motion for Leave to File Oversized Brief Instanter, together with Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand attached thereto, to be served on counsel of record for Plaintiff, pursuant to Electronic Case Filing.

/s/ Andrew J. Schaefer
_____