**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| The PEOPLE OF THE STATE OF ILLINOIS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>COUNTRYWIDE FINANCIAL CORPORATION,  )<br>COUNTRYWIDE HOME LOANS, INC., FULL  )<br>SPECTRUM LENDING, COUNTRYWIDE HOME  )<br>LOANS SERVICING, LP, and ANGELO MOZILO,  )<br>)<br>Defendants.  ) | Case No. 08 C 04210<br><br>Judge Elaine E. Bucklo |

**NOTICE OF FILING**

To:   Tyrone C. Fahner
      David K. Cole
      Andrew John Schaefer
      Mayer Brown LLP
      71 South Wacker Drive
      Chicago, IL 60606-4637

PLEASE TAKE NOTICE THAT on Thursday, September 4, 2008, the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Response to Defendants' Motion to Stay Pending Resolution of Motion Before Judicial Panel on Multidistrict Litigation to Transfer and Coordinate or Consolidate This and Related Cases, copies of which have been served on you in accordance with Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system for e-filers.

Respectfully Submitted,

/s/ Veronica L. Spicer

LISA MADIGAN
Attorney General of Illinois

DEBORAH HAGAN, Chief
Consumer Protection Division

JAMES D. KOLE, Chief
Consumer Fraud Bureau

CECILIA ABUNDIS
SUSAN N. ELLIS
THOMAS P. JAMES
VERONICA L. SPICER
Assistant Attorneys General
Telephone: 312-814-3000
100 W. Randolph St., 12th Floor
Chicago, IL 60601