# CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Response to Defendants' Motion to Stay Pending Resolution of Motion Before Judicial Panel on Multidistrict Litigation to Transfer and Coordinate or Consolidate This and Related Cases were served on September 4, 2008 to the following in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers:

Tyrone C. Fahner
David K. Cole
Andrew John Schaefer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60610

/s/ Veronica L. Spicer
_____